IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHARON CAMPBELL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:12-cv-385 |
| v. | § | |
| | § | |
| TOM RUGG *et al*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Sharon Campbell filed suit *pro se* against Defendants Tom Rugg, Justin Sanderson, and Debbie Berg, asserting claims for violation of her due process rights and defamation in connection with a proceeding in state court concerning custody of a monkey. The case was referred to United States Magistrate Judge Keith Giblin for determination of non-dispositive pretrial matters pursuant to 28 U.S.C. § 636.

Judge Giblin entered a Report and Recommendation on July 16, 2013, recommending granting Defendants' motions to dismiss and granting Defendant Debbie Berg's motion to deny Plaintiff's request for entry of default. Doc. # 29. No objections were filed to this Report and Recommendation.

Therefore, the objections period having run and no party having filed objections, the court ADOPTS the magistrate judge's Report and Recommendation [Doc. # 29] and ORDERS that:

1. Defendant Tom Rugg's Motion to Dismiss [Doc. # 10] is GRANTED;

2. Defendant Justin Sanderson's Motion to Dismiss [Doc. # 12] is GRANTED; and

3. Defendant Debbie Berg's Motion to Dismiss [Doc. # 17] and Motion to Deny Plaintiff's Application to Clerk for Entry of Default [Doc. # 25] are GRANTED.

Plaintiff Sharon Campbell's claims against Defendants Tom Rugg, Justin Sanderson, and Debbie Berg are DISMISSED. The Clerk is directed to close this case.

**SIGNED** this the 5 day of **August, 2013.**

_____
Thad Heartfield
United States District Judge